# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LAVARIOUS JONES**                                     **PLAINTIFF**
**#32648**

v.                  No. 3:20-cv-36-DPM-JTK

**GREENE COUNTY DETENTION FACILITY**        **DEFENDANT**

## ORDER

1. The Court withdraws the reference.

2. Jones hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc.* 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

5 March 2020