# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LAVARIOUS JONES**                                                    **PLAINTIFF**
**#32648**

**v.**                              **No. 3:20-cv-36-DPM**

**GREENE COUNTY DETENTION FACILITY**            **DEFENDANT**

## JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D. P. Marshall Jr.
United States District Judge

5 March 2020